No. 10-8864. Vincent McKinley Brown, Petitioner v. Nottoway Correctional Center, et al.

563 U.S. 921, 131 S. Ct. 1822, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2656.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 773.

No. 10-8868. Juan F. Evans, Petitioner v. William K. Suter, Clerk, Supreme Court of the United States, et al.

563 U.S. 921, 131 S. Ct. 1822, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2622.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

No. 10-8877. Donald Kakaygeesick, Petitioner v. Ken L. Salazar, Secretary of the Interior, et al.

563 U.S. 921, 131 S. Ct. 1822, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2741.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 389 Fed. Appx. 580.

No. 10-8881. Johnny E. Evans, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.

563 U.S. 921, 131 S. Ct. 1822, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2659.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 655.

No. 10-8889. Rosa D. Dorsey, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.

563 U.S. 922, 131 S. Ct. 1822, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2641, ▮

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 408 Fed. Appx. 348.

No. 10-8900. Jacques Gautier, Petitioner v. Ashbel T. Wall, II, Director, Rhode Island Department of Corrections, et al.

563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2695.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 620 F.3d 58.

No. 10-8903. Sofia T. Guilas, Petitioner v. Tom Brauer, et al.

563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2765.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.